In the Matter of the Probate of the Will of ANNA S. BAEUCHLE, Deceased. IDA REINERT et al., Appellants; ALLISON S. BEHR, as Executor and Trustee under the Will of ANNA S. BAEUCHLE, Deceased, et al., Respondents.

Argued May 17, 1950; decided June 1, 1950.

*Alexander Levin* for appellants.

*Bernard A. Green* and *Joshua S. Chinitz* for petitioner-respondent.

*Edward I. Devlin, Jr.,* for legatee-respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate.  No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.